# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-1031
_____

BFC Gas Company, LC; BFC Electric Company, LC

*Plaintiffs - Appellants*

v.

Gypsum Supply Co., doing business as Gypsum Supply Co. of Cedar Rapids

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: December 7, 2015
Filed: January 26, 2016
[Unpublished]

_____

Before LOKEN, BOWMAN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

In this diversity action involving negligence claims, BFC Gas Company and BFC Electric Company appeal from the order and judgment of the District Court[1]

---

[1]The Honorable Linda R. Reade, Chief Judge, United States District Court for the Northern District of Iowa.

excluding their expert witness opinions and granting Gypsum Supply Company's motion for summary judgment. Following careful review, we affirm these rulings for the reasons given in the District Court's order. <u>See</u> 8th Cir. R. 47B. To the extent appellants challenge the subsequent order imposing sanctions, we lack jurisdiction because appellants did not timely appeal this order. <u>See</u> <u>Dieser v. Cont'l Cas. Co.</u>, 440 F.3d 920, 924 (8th Cir. 2006). We deny the pending motion to supplement the record.

_____